## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALSON ALSTON,

          *Plaintiff,*

    v.

CUBESMART, et al.,

          *Defendants.*

CIVIL ACTION
NO. 26-31

## ORDER

**AND NOW**, this 2nd day of June, 2026, upon consideration of the Complaint,

(Dkt. No. 1), and the Motion to Dismiss, (Dkt. No. 9), it is hereby **ORDERED** that the

Motion is **GRANTED in part** and **DENIED in part** as follows:

1. Count I is **DISMISSED with prejudice**, and Count II is **DISMISSED without prejudice**.

2. The Motion to Dismiss Counts III through V is **DENIED**.

3. The Motion to Strike all allegations of "Conspiracy" and a "State RICO Charge" is **DENIED**.

4. Plaintiff may file an amended complaint consistent with the accompanying memorandum on or before **June 16, 2026**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.